IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES T. MABBS,**<br><br>                            Petitioner,<br><br>        v.<br><br>**M. D. BITER, Warden,**<br><br>                            Respondent. | Case No. 2:13-cv-00550-JAM-GGH<br><br>**ORDER** |

   Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional FOURTEEN (14) days, to and including May 14, 2014, to file a reply to Petitioner's Response (Dkt. 32) to this Court's Order of February 19, 2014 (Dkt. 29).

Dated: April 30, 2014

                              /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE